United States District Court
for the
Southern District of Florida

| | |
|---|---|
| MXY Holdings, LLC, and Florida Leasing and Consulting, LLC, Plaintiffs, <br><br> v. <br><br> Cansortium, Inc., and others Defendants. | ) ) ) ) ) Civil Action No. 20-25043-Civ-Scola ) ) ) ) |

### Agreed Order on Defendants' Motions to Dismiss

Plaintiffs MXY Holdings, LLC, and Florida Leasing and Consulting, LLC, advise the parties have agreed to a resolution of Defendants Cansortium, Inc., Freedom Town Holdings, LLC, And Robert Beasley's motions to dismiss. (Pls.' Letter, ECF No. 29.)

Consistent with that agreement, the Court (1) dismisses, without prejudice, the Plaintiffs' first cause of action, brought under the Defend Trade Secrets Act of 2016; and (2) declines to exercise supplementary jurisdiction over the remaining state-law claims as set forth in the second through tenth causes of action.

Accordingly, the **grants, in part, and denies as moot, in part**, the Defendants' motions to dismiss (**ECF Nos. 21, 22, 23**).

The Clerk is directed to **close** this case and any other pending motions are denied as moot.

**Done and ordered** in Miami, Florida, on April 8, 2021.

_____
Robert N. Scola, Jr.
United States District Judge